DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MELANIE BERES,**
Appellant,

v.

**RAVEN BERES PETERSON,**
Appellee.

No. 4D2024-0684

_____

**MELANIE BERES,**
Appellant,

v.

**KILLIAN BERES PETERSON,**
Appellee.

No. 4D2024-0691

[February 12, 2025]

Consolidated appeals from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Dina Keever-Agrama, Judge; L.T. Case Nos. 502024DR001311 and 502024DR001310.

Melanie Beres, Milwaukee, WI, pro se.

No appearance for appellees.

PER CURIAM.

We reverse two injunctions for protection against domestic violence which two daughters obtained against their mother.

Although both injunctions appear to be well-intentioned, the evidence below failed to demonstrate that the petitioner daughters were in imminent danger of becoming victims of any act of domestic violence committed by their mother, within the meaning of sections 741.29–741.31, Florida

Statutes (2024). Those statutory sections are not designed to be substitutes for the Baker Act[1] or guardianship proceedings.

We reverse and remand with instructions to vacate the injunctions.

*Reversed and remanded.*

WARNER, GROSS and LEVINE, JJ., concur.

*　　　*　　　*

***Not final until disposition of timely filed motion for rehearing.***

---

[1] §§ 394.451 et seq., Fla. Stat. (2024).

2